IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (Phentermine/ Fenfluramine/Dexfenfluramine) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| SHEILA BROWN, *et al.* v. AMERICAN HOME PRODUCTS CORPORATION | CIVIL ACTION No. 99-20593 |
| BONNIE ELAINE THURBER-LU, Plaintiff, v. WYETH, *et al.*, Defendants. | Case No. 02-20147 |

### NOTICE OF WITHDRAWAL OF WYETH'S MOTION PURSUANT TO PTO 2383 AS TO CLASS MEMBER ELAINE LU

Wyeth hereby withdraws its Motion Pursuant to PTO 2383 As to Class Member Elaine Lu ("Motion"), filed on March 30, 2003. Plaintiff's claim was dismissed with prejudice. *See* PTO 4537. Thus, Wyeth respectfully withdraws its Motion.

Respectfully submitted,

/s/
Helene B. Madonick, Esq.
Sara J. Palmer, Esq.
ARNOLD & PORTER, LLP
555 Twelfth Street, N.W.
Washington, DC. 20004-1206
(202) 942-5000

                                      Paul Kerrigan, Esq.
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
(215) 851-8100

*Counsel for Defendant Wyeth*

DATED: May 4, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Notice of Withdrawal of Wyeth's Motion Pursuant to PTO 2383 as to Class Member Elaine Lu was served this 4th day of May, 2005 by First Class U.S. Mail, postage pre-paid, upon Plaintiff's counsel, which is listed below, and by U.S. Mail, postage prepaid, on all other counsel required to be served in accordance with Pretrial Order No. 19.

Mark P. Robinson, Jr., Esquire
Sharon J. Arkin, Esquire
Carlos A. Prietto, III, Esquire
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660


*/s/ Sara Palmer*
Sara Palmer